Order affirmed in a memorandum.

ELIZABETH ALDEN, Appellant, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Respondent.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MARYLYNN CELLAMARE, Appellant, v STEVEN LAKEMAN, Respondent.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of MARYLYNN CELLAMARE, Appellant, v STEVEN LAKEMAN, Respondent.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of ANTHONY L. CLAPES et al., Appellants, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua